

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AIDA DeJESUS, ADMINISTRATOR : CIVIL ACTION
of the ESTATE OF UBALDO N. RAMOS :
:
v. :
:
CITY OF LANCASTER, et al. : No. 14-CV-3437

**ORDER**

AND NOW, this 16th day of March, 2015, IT IS HEREBY ORDERED that the Defendants motion to dismiss the amended complaint ( Dkt. # 12) is DENIED.

Defendants shall file an answer to the complaint within 20 days of this order.

BY THE COURT:

*/s/ J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.

# Mailing Information for a Case 5:14-cv-03437-WD DEJESUS v. CITY OF LANCASTER et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **NICHOLAS M. D'ALESSANDRO , JR**
  Nick@hilljustice.com,Susan@hilljustice.com

- **LEONARD K. HILL**
  CEO@lkhlaw.com

- **CHRISTINE E. MUNION**
  cmunion@travelers.com,cpaugh@travelers.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)