IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIDA DeJESUS, ADMINISTRATOR | : | CIVIL ACTION |
| of the ESTATE OF UBALDO N. RAMOS | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF LANCASTER, et al. | : | NO. 14-CV-3437 |

**O R D E R**

AND NOW, this 7th day of November, 2016, upon consideration of Defendants' motion for summary (Dkt. # 41) and Plaintiff's Response (Dkt. #43), IT IS HEREBY ORDERED that:

1. Defendants' motion for summary judgment is GRANTED.

2. Per agreement of the parties, individual defendants Sadler and McCrady and the John Doe Defendants are DISMISSED from this action.

3. Judgment is entered in favor of the remaining defendants on all counts of the complaint.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.